CHAMBERS OF
## HAROLD R. DeMoss, Jr.
CIRCUIT JUDGE
515 RUSK AVENUE
HOUSTON, TX 77002
713/250-5462 TEL
FAX

**August 1, 2007**

**Judge Ortie D. Smith**
**Chair, Committee on Financial Disclosure**
**One Columbus Circle, N.E.**
**Washington, D.C. 20544**

Re: **Calendar Year 2006 Filing**

**Dear Judge Smith:**

In response to your letter of June 14, 2007, I offer the following additional information requested.

In Part VII, page 4, line 8, I listed "DWS CorePlus." This asset was listed on my prior report, line 6, as "Legg-Mason IRA-Scudder Income 'A'." The name of the asset changed from "Scudder" to "DWS." I still own this asset and only the name has changed.

In Part VII, page 1, line 6, of the previous report, the asset is shown as "Scudder Income Fund R. James." The name of this asset changed from "Scudder" to "DWS." I still own this asset; only the name changed.

In Part VII, page 1, line 11, of the prior report, I listed "Heritage Cash Trust" R. James." This asset is a cash reserve account to which proceeds from sales of assets in my IRA Retirement Account are deposited pending monthly distribution to me. This is part of the transfer of my account from Legg Mason to Raymond James & Associates and should have been listed on my 2006 report with the following information: Under "B. Income during reporting period" (1) amount code 1 is "A" and (2) Type is "distribution." Under "C. Gross value at end of reporting period" (1) Value code 2 is "J" and Value method code 3 is "T." There were no transactions during the reporting period. This asset was inadvertently left off of my 2006 report and I apologize for that error.

I hope that I have addressed the concerns stated in your letter of June 14. Please let me know if there are any further questions.



Sincerely,

Harold R. DeMoss, Jr.

HRD:sgh

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DeMoss, Jr., Harold R | U.S. 5th Cir. Ct of Appeals | 05/03/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse <br> 515 Rusk, Suite 12015 <br> Houston, Texas 77002 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Board of Trustees, Open Door Mission |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 MAY -8 A 9:17 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R | 05/03/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | Taxable IRA distribution from Raymond James | $ 60,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R | 05/03/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Raymond James Trustee for IRA Roll-over-See assets below: | E | Dividend | | | Change of | | | | |
| 2. | | | | | Custodian | | | | |
| 3. Raymond James IRA-AIM CHARTER | A | Dividend | M | T | | | | | |
| 4. IRA-AIM Premier Equity | | | | | Merger w/#2 | 4/06 | | | |
| 5. AIM Intermediate Govt. | C | Dividend | L | T | | | | | |
| 6. IRA DWS Cap Growth | C | Dividend | K | T | Name Change | | | | |
| 7. | | | | | Sale | 5/06 | K | C | |
| 8. DWS CorePlus | C | Dividend | K | T | Partial Sale | 4/06 | J | A | |
| 9. | | | | | Partial Sale | 5/06 | J | A | |
| 10. IRA DWS USGOVT SEC | B | Dividend | K | T | Name Change | | | | |
| 11. DWS HIGH INCOME A | D | Distribution | L | T | Name Change | | | | |
| 12. DWS DREMAN HIGH RETURN | B | Dividend | L | T | Name Change | | | | |
| 13. COHEN & STEERS | D | Dividend | M | T | | | | | |
| 14. NATIONAL RETAIL PROPERTIES | B | Dividend | K | T | Name Change | | | | |
| 15. Northern Trust Co. ▆ | A | Interest | J | T | | | | | |
| 16. Well Fargo Bank | A | Interest | J | T | | | | | |
| 17. Sowell 693, Ltd | D | Royalty | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DeMoss, Jr., Harold R | 05/03/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sunoco, Inc. | A | Royalty | J | T | | | | | |
| 19. Devon Energy Operating Co. | A | Royalty | J | T | | | | | |
| 20. Anadarko Petroleum | B | Royalty | J | T | | | | | |
| 21. Prudential Ins. of America | A | Interest | J | T | | | | | |
| 22. Amegy Bank of Texas | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| DeMoss, Jr., Harold R | 05/03/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

The position listed in Part I of my 2005 report, Managing Partner, ███████ Partnership, Houston, Texas is not listed in Part I of this report because the partnership was dissolved in December 2005.

The custodian listed in Part VII of my 2005 report, LEGG-MASON, is not listed in Part VII of this report because the custodian of my accounts changed from LEGG-MASON to Raymond James in December 2005.

███████ Partnership listed on Line 15 in Part VII of my 2005 report is not listed in Part VII of this report because the partnership was dissolved in December 2005.

Bank of Texas listed on Line 20 in Part VII of my 2005 report is not listed in Part VII of this report because I closed this account in December 2005.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____5/3/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544